JOHN F. JOCHEM, Appellant,
v.
OKEECHOBEE LANDINGS, INC., EASY LIFE SUBDIVISION, JOSEPH FARISH, JR., LEROY HARE, and SANDRA HARE, Appellees.
No. 4D09-4.
District Court of Appeal of Florida, Fourth District.
January 27, 2010.
Shelly J. Stirrat of Fox, Wackeen, Dungey, Beard, Sobel, Bush & McCluskey, L.L.P., Stuart, for appellant.
Joseph D. Farish, Jr., of the Law Office of Joseph D. Farish, Jr., LLC., West Palm Beach, and Louis B. Vocelle, Jr., of Vocelle & Berg, L.L.P., Vero Beach, for appellees.
PER CURIAM.
Affirmed.
FARMER, HAZOURI, JJ. and BOWMAN, JOHN B., Associate Judge, concur.
Not final until disposition of timely filed motion for rehearing.